```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                     :
ASHLEY ANDERSON,                    :
                                                     :
                                    Plaintiff,   :                 1:20-cv-4876-GHW
                                                     :
                   -v -                              :                      <u>ORDER</u>
                                                     :
COMMISSIONER OF SOCIAL SECURITY,   :
                                                     :
                                    Defendant.   :
                                                     :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On June 25, 2020 Plaintiff applied for leave to proceed *in forma pauperis*, without prepaying fees or costs. Dkt. No. 4. After reviewing the form, the Court notes that Plaintiff failed to complete questions 2 and 7, or fill in her name or address at the bottom of the second page. As a result, the Court cannot grant this request, and Plaintiff's application for *in forma pauperis* status is DENIED without prejudice.

       SO ORDERED.

Date:  June 29, 2020
                                                                                      GREGORY H. WOODS
                                                                      United States District Judge