# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ASHLEY ANDERSON,

              Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

-----------------------------------------------------------X

20 **CIVIL** 4876 (GHW)(KNF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 2, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         June 3, 2021

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

**BY:**

                                    **Deputy Clerk**