```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
ASHLEY ANDERSON,                                                 :
                                                                 :
                                          Plaintiff,             :          1:20-cv-4876-GHW
                                                                 :
                 -v -                                            :          ORDER
                                                                 :
COMMISSIONER OF SOCIAL SECURITY,                                 :
                                                                 :
                                          Defendant.             :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2021

GREGORY H. WOODS, United States District Judge:

On June 2, 2021, the parties stipulated that the underlying decision of the Commissioner of Social Security be reversed, and this case was remanded to Comissioner of Social Security for further proceedings. Dkt. No. 29. Then, on September 16, 2021, the parties stipulated that Defendant would pay $10,000 in attorney's fees pursuant to the Equal Access to Justice Act. Dkt. No. 37. Thus, all of the issues in this case have been resolved.

Accordingly, the Clerk of Court is directed to close this case.

SO ORDERED.

Date: October 28, 2021

_____
GREGORY H. WOODS
United States District Judge